# Exhibit 2

HCDistrictclerk.com    BRAHAM, KEMARLEY vs. HOUSTON POLICE DEPARTMENT    5/6/2025

Cause: 202505323    CDI: 7    Court: 190

## NOTICES

No Notices found.

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SMITH, WILLIAM | 1/27/2025 | 2/17/2025 | | | | 74440358 | E-MAIL |
| | 8301 LEY ROAD HOUSTON TX 77028 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ZIMZORES, ANDREW | 1/27/2025 | 2/17/2025 | | | | 74440359 | E-MAIL |
| | 8301 LEY ROAD HOUSTON TX 77028 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | VELDEZ, JUANITA | 1/27/2025 | 2/17/2025 | | | | 74440361 | E-MAIL |
| | 2999 S WAYSIDE DRIVE HOUSTON TX 77023 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ELLIS, JOEY | 1/27/2025 | 2/17/2025 | | | | 74440362 | E-MAIL |
| | 444 EAST MEDICAL CENTER BLVD #106 WEBSTER TX 77598 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CITY OF HOUSTON MAY BE SERVED BY SERVING SECRETARY PAT J DANIEL AT THE | 1/27/2025 | 2/28/2025 | | | | 74443393 | E-MAIL |
| | 900 BAGBY STREET ROOM P101 HOUSTON TX 77002 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HOUSTON POLICE DEPARTMENT MAY BE SERVED BY SERVING SECRETARY PAT J | 1/27/2025 | 2/24/2025 | | | | 74443394 | E-MAIL |
| | 900 BAGBY STREET ROOM P101 HOUSTON TX 77002 | | | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HOUSTON POLICE DEPARTMENT MAY BE SERVED BY SERVING SECRETARY PAT J | 1/27/2025 | 2/24/2025 | | | | 74443394 | E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 900 BAGBY STREET ROOM P101 HOUSTON TX 77002 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | VELDEZ, JUANITA | 1/27/2025 | 4/15/2025 | | 74467078 | E-MAIL |
| | 2999 S WAYSIDE DRIVE HOUSTON TX 77023 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ELLIS, JOEY | 1/27/2025 | 4/15/2025 | | 74467103 | E-MAIL |
| | 444 EAST MEDICAL CENTER BLVD #106 WEBSTER TX 77598 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ZIMZORES, ANDREW PO | 1/27/2025 | 4/15/2025 | | 74467106 | E-MAIL |
| | 8301 LEY ROAD HOUSTON TX 77028 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | CITY OF HOUSTON MAY BE SERVED WITH PROCESS BY ITS REGISTERED AGENT | 1/27/2025 | 4/16/2025 | | 74467113 | E-MAIL |
| | 900 BAGBY STREET ROOM P101 HOUSTON TX 77002 | | | | | | | |
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SMITH, WILLIAM (SGT) | 1/27/2025 | 4/15/2025 | | 74467118 | E-MAIL |
| | 8301 LEY ROAD HOUSTON TX 77028 | | | | | | | |