Exhibit 3

# 2025-05323

**COURT:** 190th
**FILED DATE:** 1/27/2025
**CASE TYPE:** Other Injury or Damage



**BRAHAM, KEMARLEY**

Attorney: HINTON, LENA

vs.

**HOUSTON POLICE DEPARTMENT**

| Docket Sheet Entries | |
|---|---|
| Date | Comment |