Exhibit 4

IN THE UNITED STATES DISTRICT COURT
                          FOR THE SOUTHERN DISTRICT OF TEXAS
                                    HOUSTON DIVISION

| | |
|---|---|
| KEMARLEY BRAHAM, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:25-cv- |
| § | |
| HOUSTON POLICE DEPARTMENT; § | |
| CITY OF HOUSTON; JOEY ELLIS; § | |
| JUANITA VELDEZ; ANDREW § | |
| ZIMZORES and WILLIAM SMITH § | |
|    *Defendants*. § | |

## LIST OF ALL PARTIES OF RECORD

**1.** **Counsel for Plaintiff, Kemarley Braham:**

Lena Hinton
Infinity Law Group PLLC
7660 Woodway Drive, Suite 584
Houston, Texas 77063
lena@infinitylawgroup.net

**2.** **Counsel for Defendants, City of Houston and Juanita Valdez:**

Alexander Garcia
City of Houston Legal Department
900 Bagby, 3rd Floor
Houston, Texas 77002
Alexander.Garcia@houstontx.gov

**3.** **Defendant, Joey Ellis**

**4.** **Defendant, Andrew Zimzores**

**5.** **Defendant, William Smith**