Exhibit 5

| | | |
|---|---|---|
| **KEMARLEY BRAHAM,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-** |
| | § | |
| **HOUSTON POLICE DEPARTMENT;** | § | |
| **CITY OF HOUSTON; JOEY ELLIS;** | § | |
| **JUANITA VELDEZ; ANDREW** | § | |
| **ZIMZORES and WILLIAM SMITH** | § | |
| *Defendants.* | § | |

## INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

Removed from:     Cause No. 2025-05323; *Kemarley Braham v. Houston Police Department; City of Houston; Joey Ellis; Juanita Veldez; Andrew Zimzores and William Smith*, In the 190th Judicial District Court of Harris County, Texas.

     Pursuant to Local Rule LR-81, Local Rules for the Southern District of Texas, the following documents are filed along with Defendant City of Houston's Notice of Removal:

1. Plaintiff's Original Petition
2. Service Returns
3. Docket Sheet
4. List of all Parties of Record
5. Index of Documents Filed with Removal Action