United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **KEMARLEY BRAHAM,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 4:25-CV-02050** |
| § | |
| **CITY OF HOUSTON,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER OF DISMISSAL

Since September 29, 2025, the Court has held four status conferences in this case. At each, the Court asked counsel for Plaintiff to provide update on service of process for the Defendants who the Court did not dismiss in June of 2025. At a December 22, 2025, hearing, the Court instructed Plaintiff to file proof of service for the remaining Defendants as soon as possible. Plaintiff has not filed proof of service to date. Accordingly, the Court **DISMISSES** this case without prejudice for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 9th day of April, 2026.

Keith P. Ellison
United States District Judge